# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2141

_____

United States of America

*Plaintiff - Appellee*

v.

Joshua E. Boyles

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: December 27, 2013
Filed: January 9, 2014
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Joshua Boyles appeals after he pled guilty to a felon-in-possession charge, and the district court[1] imposed a within-Guidelines-range sentence. His counsel has

_____

[1] The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the district court erred in denying Boyles's motion to suppress. Upon careful review, we conclude that the district court properly denied Boyles's motion. *See United States v. Donnelly*, 475 F.3d 946, 951 (8th Cir. 2007) (district court's determination that probable cause existed is reviewed de novo, and factual findings are reviewed for clear error; this court will affirm denial of suppression motion unless it finds that decision is unsupported by evidence, based on erroneous view of law, or court is left with firm conviction that mistake has been made).

Finally, having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 80 (1988), we find no non-frivolous issues.  Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____